THE STATE ex rel. ROTHENBUCHER, Appellant, v. HAWES et al.

In Banc, November 3, 1903.

The judgment in this case is affirmed on the authority of State ex rel. Rife v. Hawes, reported at page 360 of this volume.

Appeal from St. Louis City Circuit Court.—*Hon. O'Neil Ryan,* Judge.

AFFIRMED.

State ex rel. v. Hawes.

*Joseph Wheless* for appellant.

*C. W. Bates* and *Wm. F. Woerner* for respondents.

GANTT, J.—Mandamus for $1,062.86, for salary of relator and one other. Judgment for defendants and relator appealed.

Both claimants had fully served their appointed terms and were mere holdovers when they were dropped. The case is therefore within the rule laid down in State ex rel. Rife v. Hawes, reported at page 360 of this volume. The judgment of the circuit court is for the right party, and it is affirmed.

All concur.